DANIEL FALINA, Appellant, *v.* HOLLIS DINER, INC., Respondent.

Submitted October 8, 1953; decided October 22, 1953.

*Frank A. Bellucci* for appellant.

*Ralph Stout* and *Theodore T. Weiser* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.